nell, as administratrix, against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 145 App. Div. 939, 130 N. Y. Supp. 1108.

JENKS, P. J., and CARR, J., dissent, upon the ground that, inasmuch as the case was submitted to the jury upon the question of constructive notice to the defendant, the evidence was not sufficient to establish that fact.

---

CONNOLLY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 25, 1913.) Action by John D. Connolly against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

CONTORNO, Respondent, v. MANHATTAN LIGHTERAGE CO., Appellant. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Action by Guiseppe Contorno, as administrator, against the Manhattan Lighterage Company. R. Thorne, of New York City, for appellant. J. Palmieri, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

In re CONTRACTOR'S SUPPLY CO. et al. (Supreme Court, Appellate Division, First Department. May 23, 1913.) In the matter of the Contractor's Supply Company, in which Rollin Tracy appeals. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

COPELAND, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 7, 1913.) Action by Merville F. Copeland against Milo D. Smith. No opinion. Judgment and order affirmed, with costs.

---

COX, Respondent, v. HEWLETT BAY CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 25, 1913.) Action by Henry S. Cox against the Hewlett Bay Company and another. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, on authority of Watts v. Hewlett Bay Co., 152 App. Div. 493, 137 N. Y. Supp. 288. Appeal to Court of Appeals denied 141 N. Y. Supp. 1114.

---

COX, Respondent, v. HEWLETT BAY CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Action by Henry S. Cox against the Hewlett Bay Company and another. No opinion. Motion for leave to appeal to the Court of Appeals (from 141 N. Y. Supp. 1114) denied. See Mundt v. Glokner, 160 N. Y. 571, 55 N. E. 297.

---

COYNE, Appellant, v. JOHN THATCHER & SON, Respondents. (Supreme Court, Appellate Division, Second Department. April 11, 1913.). Action by Mary Coyne, as administratrix, etc., against John Thatcher & Son. No opinion. Motion denied, without costs. See, also, 140 N. Y. Supp. 1115.

---

CRAGIN, Appellant, v. BERKELEY, Respondent. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Mary L. Cragin against Lancelot M. Berkeley. W. S. Burt, of New York City, for appellant. L. M. Berkeley, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 140 N. Y. Supp. 1115.

---

CRANE, Appellant, v. BROOKLYN UNION ELEVATED R. CO., Respondent. (Supreme Court, Appellate Division, First Department. April 18, 1913.) Action by Rose E. Crane, as administratrix, against the Brooklyn Union Elevated Railroad Company. W. E. Butler, of New York City, for appellant. D. A. Marsh, of Brooklyn, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

In re CRICK. (Supreme Court, Appellate Division, First Department. May 23, 1913.) In the matter of Belle M. Crick. No opinion. Motion denied, with $10 costs. Order filed.

---

CRISCUOLI, Respondent, v. CRISCUOLI, Appellant. (Supreme Court, Appellate Division, Second Department. May 15, 1913.) Action by Luigi Criscuoli against Flora Criscuoli.

PER CURIAM. Motion for stay granted, on condition that defendant stipulate that plaintiff shall be relieved from the payment of alimony from the date of the granting of this motion until the decision of the appeal from the order granting a new trial; otherwise, motion denied.

---

CROGER v. ADMINISTRATORS' REALTY CO. et al. (Supreme Court, Appellate Division, Second Department. April 25, 1913.) Action by John J. Croger against the Administrators' Realty Company and others.

PER CURIAM. Motion granted, on condition that the defendants pay the expenses of adjourning the sale, including the cost of advertising, place the case on the calendar for Monday, May 5, 1913, and be ready for argument when reached; otherwise, motion denied, with $10 costs.

---

CROMPTON v. SEAICH. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Action by William Crompton against William H. Seaich. P. P. Safford, of New York City, for plaintiff. A. G. Fox, of New York City, for defendant. No opinion. Exceptions overruled, and judgment ordered for de-